

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| MANUEL DE JESUS MENENDEZ-SORIANO,<br>    Plaintiff | CIVIL ACTION<br>NO. 1:14-CV-01613 |
| VERSUS | |
| I.C.E. ENFORCEMENT & REMOVAL,<br>et al.,<br>    Defendants | JUDGE STAGG<br><br>MAGISTRATE JUDGE JAMES D. KIRK |

### J U D G M E N T

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Respondents' motion to dismiss (Doc. 13) is GRANTED and Menendez-Soriano's habeas petition is DISMISSED AS MOOT.

THUS ORDERED AND SIGNED in Chambers at <u>Shreveport</u>, Louisiana, on this 13TH day of March 2015.

TOM STAGG
UNITED STATES DISTRICT JUDGE